```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKIE CANCEL,

                          Plaintiff,

-against-

NEW YORK HEALTH AND HOSPITALS, et al.,

                          Defendants.

25-cv-7413-GHW

ORDER OF SERVICE

GREGORY H. WOODS, United States District Judge:

    Plaintiff resides in Orange County, New York, and is proceeding *pro se*. He brings this action under Title VII of the Civil Rights Act of 1964 (Title VII), 42 U.S.C. §§ 2000e to 2000e-17, the Family and Medical Leave Act (FMLA), and 42 U.S.C. §§ 1981, 1983, as well as the New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297, the New York City Human Rights Law, N.Y.C. Admin. Code §§ 8-101 to 131, and other state law. He alleges that his employer discriminated against him based on race and sex.

    Plaintiff sues the New York City Health and Hospitals Corporation (HHC), as well as individual employees Diana Novak, Virginia Fineran, Wilma Soto, Jennifer Hobbs, Tiffany L. Brown, Patricia Yang, Daina Begum, Kate O'Donovan-Cook, Nicole Phillips, Anieka Clayton, and John/Jane Does 1-10. By order dated September 10, 2025, the Court granted Plaintiff's request to proceed *in forma pauperis* (IFP), that is, without prepayment of fees.

## DISCUSSION

**A.    Service on named defendants**

Because Plaintiff has been granted permission to proceed IFP, he is entitled to assistance from the Court and the U.S. Marshals Service to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

To allow Plaintiff to effect service on Defendants HHC, Diana Novak, Virginia Fineran, Wilma Soto, Jennifer Hobbs, Tiffany L. Brown, Patricia Yang, Daina Begum, Kate O'Donovan-Cook, Nicole Phillips, and Anieka Clayton through the U.S. Marshals Service, the Clerk of Court is instructed to fill out U.S. Marshals Service Process Receipt and Return forms (USM-285 forms) for Defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the complaint is not served within 90 days after the date summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service). Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve until 90 days after the date any summonses issue.

**B.     John and Jane Doe Defendants**

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to some assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). Plaintiff lists John and Jane Does in the caption of the complaint, but he has not supplied sufficient information in the complaint to permit HHC to identify the John or Jane Doe defendants. The Court therefore dismisses Plaintiff's claims against the John or Jane Doe defendants, without prejudice to Plaintiff's reasserting these claims with additional factual allegations in any amended complaint that he is permitted, consistent with Rule 15 of the Federal Rules of Civil Procedure, to file.

## CONCLUSION

The Court dismisses without prejudice Plaintiff's claims against John and Jane Doe Defendants 1-10.

The Clerk of Court is instructed to issue summonses for Defendants HHC, Diana Novak, Virginia Fineran, Wilma Soto, Jennifer Hobbs, Tiffany L. Brown, Patricia Yang, Daina Begum, Kate O'Donovan-Cook, Nicole Phillips, and Anieka Clayton, complete the USM-285 forms with the addresses for Defendants, and deliver to the U.S. Marshals Service all documents necessary to effect service.

The Clerk of Court is further directed to mail an information package to Plaintiff.

SO ORDERED.

Dated:    September 13, 2025
         New York, New York

                                            _____
                                                    GREGORY H. WOODS
                                                 United States District Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

1. NYC Health and Hospitals Corporation
   50 Water Street
   18th Floor
   New York, NY 10004

2. Diana Novak
   Director of Mental Health Administration
   NYC Health and Hospitals Corporation
   50 Water Street
   18th Floor
   New York, NY 10004

3. Virginia Fineran
   Clinical Director of Mental Health
   NYC Health and Hospitals Corporation
   50 Water Street
   18th Floor
   New York, NY 10004

4. Wilma Soto
   NYC Health and Hospitals Corporation
   50 Water Street
   18th Floor
   New York, NY 10004

5. Jennifer Hobbs
   Senior Director, Employment and Labor Relations Department
   NYC Health and Hospitals Corporation
   50 Water Street
   18th Floor
   New York, NY 10004

6. Tiffany L. Brown
   Deputy Director of Mental Health Administration
   NYC Health and Hospitals Corporation
   50 Water Street
   18th Floor
   New York, NY 10004

7. Patricia Yang
   Senior Vice President for Correctional Health Services
   NYC Health and Hospitals Corporation
   50 Water Street
   18th Floor
   New York, NY 10004

8. Daina Begum, Unit Chief
   Associate Director of Mental Health Services
   NYC Health and Hospitals Corporation
   50 Water Street
   18th Floor
   New York, NY 10004

9. Kate O'Donovan-Cook, Clinical Supervisor
   Associate Director of Mental Health Services
   NYC Health and Hospitals Corporation
   50 Water Street
   18th Floor
   New York, NY 10004

10. Nicole Phillips, Regional Director
    HHC Office of Equal Employment Opportunity
    NYC Health and Hospitals Corporation
    50 Water Street
    18th Floor
    New York, NY 10004

11. Anieka Clayton
    Investigator, Labor Relations Department
    NYC Health and Hospitals Corporation
    50 Water Street
    18th Floor
    New York, NY 10004