USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/29/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                              :

FRANKIE CANCEL,                       :
                              :

                 Plaintiff,     :             1:25-cv-7413-GHW
                              :

           -v -                  :               ORDER
                              :

NEW YORK HEALTH AND HOSPITALS, *et al.*, :
                              :

               Defendants.   :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On December 9, 2025 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than December 23, 2025. Dkt. No. 16. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's December 9, 2025 order forthwith, and in no event later than January 23, 2026.

       SO ORDERED.

Dated: December 29, 2025                _____
                                    GREGORY H. WOODS
                                United States District Judge