USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                             :

FRANKIE CANCEL,                            :
                                             :
                       Plaintiff,     :             1:25-cv-7413-GHW
                                           :

               -v -                      :             ORDER
                                           :

NEW YORK HEALTH AND HOSPITALS, *et al.*, :
                                           :

                     Defendants.   :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

       Because this case has been referred to Judge Netburn for general pretrial matters, Dkt. No.

15, the initial pretrial conference scheduled for January 15, 2026, Dkt. No. 9, is adjourned *sine die*.

       The Clerk of Court is directed to mail a copy of this order to Plaintiff.

       SO ORDERED.

Dated:  January 9, 2026
      New York, New York                      _____
                                          GREGORY H. WOODS
                                  United States District Judge