**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

FRANKIE CANCEL,

                          **Plaintiff,**                                    **25-CV-7413 (GHW)(SN)**

              **-against-**                                                    **ORDER**

**NEW YORK HEALTH & HOSPITALS**
**CORPORATION, et al.,**

                          **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiff has requested assistance with service. Plaintiff brings this employment-discrimination action against New York City Health and Hospitals Corporation ("HHC") and various individual employees. The docket reflects that the U.S. Marshals Service previously executed service on the individual defendants, with service "accepted" at HHC. See ECF Nos. 17–26. The process receipts indicate that the individual who accepted service declined to provide a name.

On December 29, 2025, Plaintiff filed an amended complaint and submitted a certificate of service indicating that he served the amended pleading by emailing an HHC service address. According to HHC's website, that email address is designated only to accept service on behalf of HHC, its President, and its Chief Executive Officer, and not on behalf of individual employees. Accordingly, Plaintiff's email service of the amended complaint was ineffective as to the individual defendants.

In addition, counsel for HHC has requested a nunc pro tunc extension of time to respond to Plaintiff's First Amended Complaint. ECF No. 35. The request is GRANTED. HHC shall file

its response to the First Amended Complaint on or before February 20, 2026. In light of defense

counsel's appearance and engagement in the matter, Plaintiff is not entitled to a Certificate of

Default at this time.

By February 2, 2026, counsel for HHC shall also advise the Court whether they intend to

represent any of the individual defendants named in the First Amended Complaint, and if so,

whether they intend to waive service on behalf of those defendants.

The Clerk of Court is directed to terminate the motions at ECF Nos. 34 and 35.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      January 22, 2026
            New York, New York