UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FRANKIE CANCEL,

                                    Plaintiff,                          25-CV-7413 (GHW)(SN)

                    -against-                                           ORDER

NEW YORK HEALTH & HOSPITALS
CORPORATION, et al.,

                                    Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On January 22, 2026, the Court directed counsel for New York Health & Hospitals Corporation (NYHHC) to advise whether he will be representing the individual defendants in this action by February 2, 2026. See ECF No. 37. To date, nothing has been filed. Counsel for NYHHC is directed to submit a letter by Friday, February 13, 2026, advising the Court whether he will be representing the individual defendants and, if so, whether he will be waiving service on their behalf.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:       February 10, 2026
             New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/10/2026