UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

FRANKIE CANCEL,

                                    Plaintiff,                    25-CV-7413 (GHW)(SN)

                  -against-                                       ORDER

NEW YORK HEALTH & HOSPITALS
CORPORATION, et al.,

                                    Defendants.

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On March 13, 2026, the Court held a status conference to discuss service and Defendants'

anticipated motion to dismiss. During the conference, counsel for Defendant New York Health &

Hospitals Corporation ("NYHHC") advised that he is in the process of finalizing representation

agreements with all individual Defendants except Defendant Kate O'Donovan-Cook, and that he

expects to file notices of appearance on behalf of those Defendants and accept service for them.

Accordingly, counsel for NYHHC shall file a status letter by March 27, 2026, updating the Court

on efforts to locate Ms. O'Donovan-Cook.

With respect to Defendants' anticipated motion to dismiss, Defendants shall file their

motion by April 10, 2026. Plaintiff may either file an opposition to the motion or file an

amended complaint curing any purported deficiencies by no later than May 11, 2026.

Defendants' reply, if any, shall be due within 14 days after Plaintiff files an opposition. If

Plaintiff elects to file an amended complaint in lieu of an opposition, Defendants' counsel shall

advise the Court within 14 days of that filing whether Defendants intend to stand on their initial motion to dismiss or whether the motion should be denied without prejudice to renewal.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        March 13, 2026
              New York, New York

2