**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

FRANKIE CANCEL,

                           **Plaintiff,**

         -against-

**NEW YORK HEALTH & HOSPITALS**
**CORPORATION, et al.,**

                       **Defendants.**

-----------------------------------------------------------------X

**25-CV-7413 (GHW)(SN)**

**ORDER**

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4/9/2026

**SARAH NETBURN, United States Magistrate Judge:**

On March 13, 2026, the Court directed counsel for New York Health & Hospitals Corporation (NYHHC) to file a status letter by March 27, 2026, updating the Court on efforts to locate Defendant Kate O'Donavan-Cook for purposes of service and determining representation issues. See ECF No. 48. To date, nothing has been filed. Counsel for NYHHC is directed to submit a letter by Friday, April 10, 2026, advising the Court of his efforts to locate Ms. O'Donavan-Cook. This is the second time the Court has issued an order after counsel for the Defendants failed to meet a deadline. See ECF No. 39. Counsel is directed to supervise this case more closely.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     April 9, 2026
             New York, New York