USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/10/2026_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

FRANKIE CANCEL,

                                        **Plaintiff,**                                        **25-CV-7413 (GHW)(SN)**

                   -against-                                                                    **ORDER**

NEW YORK HEALTH & HOSPITALS
CORPORATION, et al.,

                                        **Defendants.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        Plaintiff, proceeding *pro se*, brings this action against the New York City Health and

Hospitals Corporation ("NYHHC") and individual employees Diana Novak, Virginia Fineran,

Wilma Soto, Jennifer Hobbs, Tiffany L. Brown, Patricia Yang, Daina Begum, Nicole Phillips,

Anieka Clayton, and Kate O'Donavan-Cook.

        Counsel for NYHHC has filed a notice of appearance on behalf of all individual

defendants except Ms. O'Donavan-Cook, who is no longer employed by NYHHC. Counsel for

Defendants has since provided the Court with Ms. O'Donavan-Cook's last-known address.

Because Plaintiff has been granted permission to proceed in forma pauperis ("IFP"), he is

entitled to rely on the Court and the U.S. Marshals Service to effect service. See Walker v.

Schult, 717 F.3d 119, 123 n.6 (2d Cir. 2013); 28 U.S.C. § 1915(d). To permit Plaintiff to effect

service on Ms. O'Donavan-Cook through the U.S. Marshals Service, the Clerk of Court is

instructed to complete a U.S. Marshals Service Process Receipt and Return form ("USM-285

form") for Ms. O'Donavan-Cook.

The Court will provide the Clerk of Court with Ms. O'Donavan-Cook's last-known address separately. The Clerk of Court is further instructed to issue a summons and deliver to the U.S. Marshals Service all documents necessary to effect service on Ms. O'Donavan-Cook. If the complaint is not served within 90 days after the date the summons is issued, Plaintiff must request an extension of time for service. See Meilleur v. Strong, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      April 10, 2026
            New York, New York

2