**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

FRANKIE CANCEL,

                         **Plaintiff,**

           **-against-**

NEW YORK HEALTH & HOSPITALS
CORPORATION, et al.,

                      **Defendants.**

-------------------------------------------------------------X

**25-CV-7413 (GHW)(SN)**

**ORDER OF SERVICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/2026

**SARAH NETBURN, United States Magistrate Judge:**

Plaintiff, proceeding *pro se* and *in forma pauperis*, brings this action against the New York City Health and Hospitals Corporation ("NYHHC") and individual employees Diana Novak, Virginia Fineran, Wilma Soto, Jennifer Hobbs, Tiffany L. Brown, Patricia Yang, Daina Begum, Nicole Phillips, Anieka Clayton, and Kate O'Donavan-Cook. On May 14, 2026, Plaintiff filed an amended complaint. ECF No. 64.

Counsel for NYHHC has appeared on behalf of all individual defendants except Ms. O'Donavan-Cook, who is no longer employed by NYHHC. Counsel for Defendants has provided the Court with Ms. O'Donavan-Cook's last-known address. Because Plaintiff has been granted permission to proceed *in forma pauperis*, he is entitled to rely on the Court and the U.S. Marshals Service to effect service. See Walker v. Schult, 717 F.3d 119, 123 n.6 (2d Cir. 2013); 28 U.S.C. § 1915(d).

To permit Plaintiff to effect service of the amended complaint on Ms. O'Donavan-Cook through the U.S. Marshals Service, the Clerk of Court is instructed to complete a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for Ms. O'Donavan-Cook. The

Clerk of Court is further instructed to issue a summons and deliver to the U.S. Marshals Service all documents necessary to effect service of the amended complaint on Ms. O'Donavan-Cook.

If the amended complaint is not served within 90 days after the date the summons is issued, Plaintiff must request an extension of time for service. See Meilleur v. Strong, 682 F.3d 56, 63 (2d Cir. 2012).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      May 18, 2026
            New York, New York

2