USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 11/10/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKIE CANCEL,

Plaintiff,

-v-

NEW YORK HEALTH AND HOSPITALS, *et al.*,

Defendants.

1:25-cv-7413-GHW-SN

ORDER

GREGORY H. WOODS, United States District Judge:

On October 30, 2026, Magistrate Judge Sarah Netburn issued a report and recommendation on Defendants' motion to dismiss. Dkt. No. 90. Plaintiff Frankie Cancel filed objections to the report and recommendation on November 4, 2026 and served the objections on Defendants the same day. Dkt. Nos. 91–92. Defendants' response, if any, is due no later than November 18, 2026.

SO ORDERED.

Dated: November 10, 2026
New York, New York

GREGORY H. WOODS
United States District Judge